# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2012

143924

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
Plaintiff-Appellee,

v

KALISHA SHANTE RIVERA,
Defendant-Appellant.

SC: 143924
COA: 305520
Jackson CC: 07-005245-FH

_____/

On order of the Court, the application for leave to appeal the September 16, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2012

Clerk

y0123